```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 08-20770-CIV-ZLOCH
                           06-20450-CR-ZLOCH
```

MARVIN THOMPSON,

    Movant,

vs.                                         **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 16) filed herein by United States Magistrate Judge Patrick A. White.  No objections have been filed to said Report. The Court has conducted a <u>de</u> <u>novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 16) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2. The Movant's Motion To Vacate (DE 1) filed herein by Movant Marvin Thompson be and the same is hereby **GRANTED**;

    3. The United States Probation Office for the Southern District of Florida is hereby directed to update Movant's Presentence Investigation Report in accordance with the

recommendations contained in the Report Of Magistrate Judge (DE 16); and

    4.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of February, 2009.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record